### Eddie WAFER, Appellant,

v.

### WETTERAU FOODS, INC., Respondent.

#### No. 56445.

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 24, 1989.

Harry J. Nichols, St. Louis, for appellant.

Charles W. Bobinette, St. Louis, for respondent.

### ORDER

PER CURIAM.

Workers' compensation case. The Labor and Industrial Relations Commission of the State of Missouri found employee's testimony incredible and found for employer-insurer. The order of the administrative agency is supported by competent and sub-

stantial evidence on the whole record. No error of law appears. An opinion would have no precedential value.

Judgment affirmed in accordance with Rule 84.16(b).